Kristine L. Butler
VOLPE AND KOENIG, P.C.
One Palmer Square
Suite 315
Princeton, NJ 08542
Phone:  (609) 924-7900
Fax:  (609) 924-7902

Michael F. Snyder
Ryan W. O'Donnell
VOLPE AND KOENIG, P.C.
United Plaza
30 South 17th Street
Philadelphia, Pennsylvania 19103
Phone: (215) 568-6400
Fax: (215) 568-6499

*Attorneys for Plaintiffs,*
*Telecommunications Research*
*Laboratories d/b/a TR Labs and*
*TR Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| TELECOMMUNICATIONS RESEARCH LABORATORIES d/b/a TR LABS, a Canadian Not For Profit Corporation, and TR TECHNOLOGIES, INC., a Canadian Corporation, | Civ. No. 3:12-06401-PGS-DEA |
| Plaintiffs, | JURY DEMAND |
| v. | ELECTRONICALLY FILED |
| EARTHLINK, INC., a Delaware Corporation, ZAYO GROUP, LLC, a Delaware Corporation, CHARTER COMMUNICATIONS, INC., a Delaware Corporation, and MASERGY COMMUNICATIONS INC., a Texas Corporation, Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF THE AMENDED COMPLAINT AS TO DEFENDANT ZAYO GROUP, LLC, WITH PREJUDICE** |

2139000-1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Telecommunications Research Laboratories d/b/a TR Labs and TR Technologies, Inc., by the undersigned attorneys, hereby voluntarily dismiss the Amended Complaint as against Defendant Zayo Group, LLC, with prejudice and without costs.

Respectfully submitted,

Date: November 29, 2012   By: s/Kristine L. Butler
Kristine L. Butler
VOLPE AND KOENIG, P.C.
One Palmer Square
Suite 315
Princeton, New Jersey 08542
Phone: (609) 924-7900
Fax: (609) 924-7902
kbutler@vklaw.com

Michael F. Snyder
Ryan W. O'Donnell
VOLPE AND KOENIG, P.C.
United Plaza
30 South 17th Street
Philadelphia, Pennsylvania 19103
Phone: (215) 568-6400
Fax: (215) 568-6499

*Attorneys for Plaintiffs,*
*Telecommunications Research*
*Laboratories d/b/a TR Labs*
*and TR Technologies, Inc.*

OF COUNSEL:

George C. Summerfield
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

2139000-1