| | |
|---|---|
| Christopher M. Mikson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>Phone:  215.965.1200<br>Fax:  215.965.1210<br><br>*Attorney for Defendant Zayo Group, LLC* | *Of Counsel:*<br><br>David R. Clonts<br>Manoj S. Gandhi<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana St., 44th Floor<br>Houston, TX 77002<br>Phone:  713.220.5800<br>Fax:  713.236.0822 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| TELECOMMUNICATIONS RESEARCH<br>LABORATORIES d/b/a TR LABS,<br>a Canadian Not for Profit Corporation, and<br>TR TECHNOLOGIES, INC., a Canadian<br>Corporation<br><br>　　　　Plaintiffs<br><br>v.<br><br>EARTHLINK, INC., a Delaware<br>Corporation, et al.<br><br>　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:12-cv-06401-PGS-DEA |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL
### FOR DEFENDANT ZAYO GROUP, LLC

PLEASE TAKE NOTICE that pursuant to the *Consent Order Allowing Withdrawal of Appearance of Counsel for Defendant Zayo Group, LLC* (Dkt. No. 34), Christopher M. Mikson hereby withdraws his appearance in this matter as counsel for Defendant Zayo Group LLC.

*/s/Christopher M. Mikson*
Christopher M. Mikson
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Phone: 215.965.1200
Fax: 215.965.1210

ATTORNEY FOR DEFENDANT
ZAYO GROUP, LLC

OF COUNSEL:
David R. Clonts
Manoj S. Gandhi
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002
Phone: 713.220.5800
Fax: 713.236.0822


Date: December 4, 2012

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the District of New Jersey via the CM/ECF system on December 4, 2012.

*/s/Christopher M. Mikson*
Christopher M. Mikson